IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STANLEY CRUMP,                          :    CIVIL ACTION
                                        :    NO. 14-4671
            Plaintiff,                  :
                                        :
      v.                                :
                                        :
HF3 CONSTRUCTION, INC., et al.,         :
                                        :
            Defendants.                 :

## O R D E R

        **AND NOW**, this **29th** day of **November, 2016**, for the
reasons set forth in the accompanying memorandum, the following
is hereby **ORDERED:**

   (1)  Plaintiffs' Motion for Partial Summary Judgment (ECF
        No. 21) is **DENIED.**

   (2)  Plaintiffs' Amended Motion for Leave to File a Reply
        (ECF No. 24) is **GRANTED.**

   (3)  Plaintiffs' Motion for Leave to File Reply (ECF No.
        23) is **DENIED** as moot.


        **AND IT IS SO ORDERED.**


                        **/s/ Eduardo C. Robreno**
                        **EDUARDO C. ROBRENO,    J.**

1